JASON M. ADAMS (CA Bar No. 217067)
*jadams@domineadams.com*
RYAN P. SHEAHAN (CA Bar No. 259142)
*rsheahan@domineadams.com*
DOMINE | ADAMS LLP
18150 Strathern Street
Reseda, CA 91335
Telephone: (818) 343-3911
Facsimile: (818) 758-0272

STEVEN B. TOENISKOETTER (CA Bar No. 248115)
*stoeniskoetter@faegre.com*
Faegre & Benson, LLP
2200 Wells Fargo Center,
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

TODD P. LANGEL (pro hac vice, pending)
*tlangel@faegre.com*
Faegre & Benson, LLP
801 Grand Ave, Suite 3100
Des Moines, IA 50309-8002
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

Attorneys for Plaintiff,
ARCHER-DANIELS-MIDLAND COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY, <br><br>Plaintiff, <br><br>vs. <br><br>AMERICAN VEGETABLE OILS, INC. <br><br>Defendant. | Case No. **CV10-01435-RGK(PLA)** <br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL:** <br><br>1. BREACH OF CONTRACT <br>2. PROMISSORY ESTOPPEL <br>3. UNJUST ENRICHMENT |

-1-

Plaintiff Archer-Daniels-Midland Company, ("ADM"), by and through its undersigned counsel, brings this action against Defendant American Vegetable Oils, Inc., ("AVO") and for its Complaint, states and alleges as follows:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) and 1367.

2. The amount in controversy exceeds $75,000 and is between citizens of different states.

3. Venue is proper in this District under 28 U.S.C. § 1391(a), in that events giving rise to the claims arose in this judicial district.

4. Defendant resides in this judicial district.

5. A substantial part of the actions, omissions, and events complained of herein took place in the Central District of California within the venue of this Court.

## COMMON ALLEGATIONS

6. ADM is a Delaware corporation with its principal place of business in Decatur, Illinois.

7. Defendant AVO is a California corporation with an address of 7244 Condor Street, City of Commerce, CA 90040.

8. In March of 2008, Defendant entered into a contract with ADM to purchase Refined Bleached Dewaxed Deodorized (RBWD) corn oil from ADM.

9. Defendant failed to purchase the corn oil required by this agreement. This failure constitutes a default of the agreement.

10. As a result of Defendant's failure to purchase corn oil, ADM has incurred market damages, interest, costs of collection including reasonable attorneys' fees, and other damages.

## COUNT I – BREACH OF CONTRACT

11. ADM realleges and incorporates the allegations made in Paragraphs 1 through 10 as though fully set forth herein.

12. In March of 2008, Defendant and ADM entered into an agreement for the sale of Refined Bleached Dewaxed Deodorized (RBWD) corn oil.

13. Defendant breached the agreements by refusing to take delivery of quantities of corn oil and/or by refusing to pay cancellation charges for nonacceptance of corn oil as required by the agreement.

14. Defendant had no justification for nonperformance.

15. Defendant's actions are the actual and proximate cause of ADM's damages.

16. As a direct and proximate result of Defendant's breach, ADM has incurred market damages, interest, costs and attorneys' fees.

WHEREFORE, ADM respectfully prays this Court enter judgment against Defendant in the amount of its damages, including but not limited to market damages, interest, costs and attorneys' fees to the extent permitted by law.

## COUNT II – PROMISSORY ESTOPPEL

17. ADM realleges and incorporates the allegations made in Paragraphs 1 through 16 as though fully set forth herein.

18. Defendant promised to accept delivery of corn oil from ADM at a specified price.

19. Defendant has failed, neglected, and refused to fulfill its promise to accept and pay for corn oil from ADM.

20. ADM thus detrimentally relied on Defendant's promise to accept and pay for corn oil.

21. Defendant knew or should have known that its promise to purchase corn oil would induce ADM to rely on Defendant's promise.

-3-

22. ADM's reliance on Defendant's promise to accept delivery was or should have been foreseeable to Defendant.

23. ADM acted reasonably and in accordance with industry standards in relying on Defendant's promise.

24. Injustice can be avoided by enforcement of Defendant's promise to purchase and pay for corn oil.

25. ADM has been damaged by Defendant's promise to purchase and pay for corn oil at the agreed-upon price, and it is entitled to recover the difference between the agreed-upon price and the market price upon cancellation of the undelivered contract, plus interest, costs and attorneys' fees.

WHEREFORE, ADM respectfully prays this Court enter judgment against Defendant in the amount of ADM's damages, including but not limited to market damages, interest, costs and attorneys' fees to the extent permitted by law.

## COUNT III – UNJUST ENRICHEMNT

26. ADM realleges and incorporates the allegations made in Paragraphs 1 through 25 as though fully set forth herein.

27. Defendant agreed to purchase corn oil from ADM at a specified price.

28. Defendant has failed, neglected, and refused to purchase the quantity of corn oil, and failed to make payments to ADM for the cancellation charges issued by ADM upon its failure to accept delivery.

29. Defendant was unjustly enriched at the expense of ADM.

30. Defendant has been unjustly enriched in the amount of the difference between the contract price and the price of corn oil at the cancellation of the contract, exclusive of interest, costs and attorneys' fees.

-4-

WHEREFORE, ADM respectfully prays this Court enter judgment against Defendant in the amount of ADM's damages, including but not limited to market damages, interest, costs and attorneys' fees to the extent permitted by law.

## RESERVATION OF RIGHTS

31. Plaintiff reserves the right to raise such additional claims as may be appropriate upon further investigation and discovery.

## RELIEF SOUGHT

WHEREFORE, Plaintiff requests that the Court:

(a) Enter a judgment against Defendant and in favor of ADM, in the amount of ADM's damages for $102,194.00.

(b) Award ADM its costs, disbursements, and attorneys' fees incurred in the prosecution of this action.

(c) Grant ADM such other and further relief as the Court deems proper.

DATED: February 25, 2010

DOMINE | ADAMS LLP

*/s/ Ryan P. Sheahan*

Jason M. Adams
jadams@domineadams.com
Ryan P. Sheahan
rsheahan@domineadams.com
DOMINE | ADAMS LLP
18150 Strathern Street
Reseda, CA 91335
Telephone: (818) 343-3911
Facsimile: (818) 758-0272

Steven B. Toeniskoetter
*stoeniskoetter@faegre.com*
Faegre & Benson, LLP
2200 Wells Fargo Center,
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Todd P. Langel*
*tlangel@faegre.com*
Faegre & Benson, LLP
801 Grand Ave, Suite 3100
Des Moines, IA 50309-8002
Telephone: (515) 248-9000
Facsimile: (515) 248-9010
*pro hac vice admission pending*

**ATTORNEYS FOR PLAINTIFF**

**DEMAND FOR JURY TRIAL**

Plaintiff, ARCHER-DANIELS-MIDLAND COMPANY, hereby demands a jury trial.

DATED:  February 25, 2010

**DOMINE | ADAMS LLP**

Jason M. Adams
*jadams@domineadams.com*
Ryan P. Sheahan
*rsheahan@domineadams.com*
DOMINE | ADAMS LLP
18150 Strathern Street
Reseda, CA 91335
Telephone:  (818) 343-3911
Facsimile:  (818) 758-0272

Steven B. Toeniskoetter
*stoeniskoetter@faegre.com*
Faegre & Benson, LLP
2200 Wells Fargo Center,
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

| | |
|---|---|
| 1 | Todd P. Langel* |
| 2 | *tlangel@faegre.com*<br>Faegre & Benson, LLP |
| 3 | 801 Grand Ave, Suite 3100<br>Des Moines, IA 50309-8002 |
| 4 | Telephone: (515) 248-9000<br>Facsimile: (515) 248-9010 |
| 5 | *pro hac vice admission pending* |

**ATTORNEYS FOR PLAINTIFF**

Jason M. Adams (CA Bar No. 217067)
Ryan P. Sheahan (CA Bar No. 259142)
DOMINE ADAMS, LLP
18150 Strathern Street, Reseda, CA 91335
Telephone: (818) 343-3911
Facsimile: (818) 758-0272

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ARCHER-DANIELS-MIDLAND COMPANY | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV10-01435-RGK(PLAx) |
| AMERICAN VEGETABLE OILS, INC. | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S): AMERICAN VEGETABLE OILS, INC.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Ryan P. Sheahan, whose address is DOMINE ADAMS, LLP, 18150 Strathern Street, Reseda, CA 91335. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __25 FEB 2010__    By: _____
                              Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)    SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Archer-Daniels-Midland Company

**DEFENDANTS**
American Vegetable Oils, Inc.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
See Attachment.

**Attorneys (If Known)**

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ In excess of $75,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Diversity Matter, pursuant to 28 U.S.C. § 1332(a) and 1367, for breach of contract, promissory estoppel, and unjust enrichment.

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS - PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE / PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

---

**FOR OFFICE USE ONLY:** Case Number: **CV10-01435**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)            CIVIL COVER SHEET            Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously **filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                             ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                             ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                             ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Archer-Daniels-Midland Company is incorporated in Delaware with its principal place of business in Illinois. |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| American Vegetable Oils, Inc., is a corporation in Los Angeles County. | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | Illinois |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _/s/ Ryan P. Sheahan_   Date February 25, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CIVIL CASE COVER SHEET ATTACHMENT

Pursuant to Section I(b) of the Civil Case Cover Sheet for the United States District Court, Central District of California, the Attorneys for Plaintiff, ARCHER-DANIELS-MIDLAND COMPANY, are as follows:

JASON M. ADAMS (CA Bar No. 217067)
*jadams@domineadams.com*
RYAN P. SHEAHAN (CA Bar No. 259142)
*rsheahan@domineadams.com*
DOMINE | ADAMS LLP
18150 Strathern Street
Reseda, CA 91335
Telephone: (818) 343-3911
Facsimile: (818) 758-0272

STEVEN B. TOENISKOETTER (CA Bar No. 248115)
*stoeniskoetter@faegre.com*
Faegre & Benson, LLP
2200 Wells Fargo Center,
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

TODD P. LANGEL (pro hac vice, pending)
*tlangel@faegre.com*
Faegre & Benson, LLP
801 Grand Ave, Suite 3100
Des Moines, IA 50309-8002
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

### CV10- 1435 RGK (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY