# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHER-DANIELS-MIDLAND COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN VEGETABLE OILS, INC.<br><br>        Defendant. | CV 10-01435-RGK (PLAx)<br><br>[The Hon. R. Gary Klausner, United States District Judge, Presiding]<br><br>COURTROOM: 850 – Roybal<br><br>[~~PROPOSED~~] **FINAL JUDGMENT PURSUANT TO F.R.CIV.P. 58** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

A bench trial was held before the Honorable R. Gary Klausner, United States District Judge, on March 8-9, 2011 for the above-referenced case. The Court grants judgment for $102,194 in favor of Plaintiff, ARCHER-DANIELS-MIDLAND COMPANY, on its claim for breach of contract.

DATED: March 23, 2011      _____

                                               Hon. R. Gary Klausner

-1-